## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL NO 2924**
**20-MD-2924**

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

**JURY TRIAL DEMANDED**

**DAVID MOLONEY**

(Plaintiff Name(s))

### SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in In re: Zantac (Ranitidine) Products Lability Litigation, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.   PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1.   Plaintiff(s) <u>DAVID MOLONEY</u>

("Plaintiff(s)") brings this action (check the applicable designation):

a)   On behalf of [himself/herself];

2.   Injured Party is currently a resident and citizen of (City, State) <u>Lake St. Louis</u><u>MO</u>and claims damages as set forth below.

—OR—

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Decedent died on (Month, Day, Year) _. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _.

If any party claims loss of consortium,

3.        N/A ("Consortium Plaintiff") alleges damages for loss ofconsortium.

4.        At the time of the filing of this Short Form Complaint, Consortium Plaintiff is acitizen and resident of (City, State) _.

5.        At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) _.

**B. DEFENDANT(S)**

6.        Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

    a.   **Brand Manufacturers:**

        Boehringer Ingelheim Corporation
        Boehringer Ingelheim International GmbH
        Boehringer Ingelheim Pharmaceuticals, Inc.
        Boehringer Ingelheim Promeco, S.A. de C.V.
        Boehringer Ingelheim USA Corporation
        GlaxoSmithKline (America) Inc.
        GlaxoSmithKline LLC
        GlaxoSmithKline PLC
        Patheon Manufacturing Service LLC
        Pfizer Inc.
        Sanofi S.A.
        Sanofi US Services Inc.
        Sanofi-Aventis U.S. LLC

    b.   **Generic Manufacturers:**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Plaintiff ID 1730

Actavis Mid Atlantic LLC
Ajanta Pharma USA Inc.
AmeriSource Health Services LLC d/b/a American Health Packaging
Amneal Pharmaceuticals LLC
Amneal Pharmaceuticals of New York, LLC
Amneal Pharmaceuticals, Inc.
ANDA Repository LLC
Apotex Corporation
Appco Pharma LLC
Auro Health LLC
Aurobindo Pharma USA, Inc.
Contract Pharmacal Corp.
Dr. Reddy's Laboratories Inc.
Glenmark Pharmaceuticals, Inc., USA
Granules USA, Inc.
Heritage Pharma Labs Inc.
Heritage Pharmaceuticals, Inc.
Hikma Pharmaceuticals USA, Inc. f/k/a/ West-Ward Pharmaceuticals Corp.
L. Perrigo Co.
Lannett Co., Inc.
Mylan Institutional LLC
Mylan Pharmaceuticals, Inc.
Mylan, Inc.
Nostrum Laboratories Inc.
Novitium Pharma LLC
PAI Holdings, LLC f/k/a Pharmaceutical Associates, Inc.
Par Pharmaceutical Inc.
Perrigo Company
Perrigo Research & Development Company
Ranbaxy Inc.
Sandoz Inc.
Strides Pharma, Inc.
Sun Pharmaceutical Industries, Inc. f/k/a Ranbaxy Pharmaceuticals Inc.
Teva Pharmaceticals U.S.A., Inc.
Torrent Pharma Inc.
Watson Laboratories, Inc.
Wockhardt USA LLC
Zydus Pharmaceuticals (USA) Inc.

c.   **Distributors:**

Cardinal Health, Inc.
Chattem, Inc.
McKesson Corporation

d.   **Retailers:**

Wal-Mart
Walgreen Co.
Walgreens Boots Alliance, Inc.

e.   **Repackagers:**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Ajanta Pharma USA Inc.
AmeriSource Health Services LLC d/b/a American Health Packaging
Amneal Pharmaceuticals LLC
Amneal Pharmaceuticals of New York, LLC
Amneal Pharmaceuticals, Inc.
Apotex Corporation
Auro Health LLC
Aurobindo Pharma USA, Inc.
Denton Pharma Inc. d/b/a Northwind Pharmaceuticals
Dr. Reddy's Laboratories Inc.
Geri-Care Pharmaceuticals Corp.
Glenmark Pharmaceuticals, Inc., USA
Golden State Medical Supply, Inc.
Granules USA, Inc.
L. Perrigo Co.
Lannett Co., Inc.
Mylan Institutional LLC
Mylan Pharmaceuticals, Inc.
Mylan, Inc.
Nostrum Laboratories Inc.
Novitium Pharma LLC
Perrigo Company
Perrigo Research & Development Company
Strides Pharma, Inc.
Wockhardt USA LLC
Wockhardt USA, Inc.
Zydus Pharmaceuticals (USA) Inc.

  **f. Others Not Named in the MPIC:**

AmerisourceBergen Corporation
Walgreens Boots Alliance, Inc.
Walmart Inc. f/k/a Wal-Mart Stores, Inc.

## C. JURISDICTION AND VENUE

  7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

   Eastern District of MO

  8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [Check all that apply]

  a) By prescription

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

b) Over the counter

10.      The Injured Party used Zantac and/or generic ranitidine from approximately(month, year) <u>Jan 2002</u> to <u>2010</u>.

### III.      PHYSICAL INJURY

11.      As a result of the Injured Party's use of the medications specified above, [he/she] was diagnosed with the following specific type of cancer (check all that apply):

| Row No. | Cancer Type | Approximate Date of Diagnosis |
|---------|-------------|-------------------------------|
| 1 | ESOPHAGEAL/THROAT/NASAL CANCER | 07/--/2012 |
| 2 | OTHER CANCER: Laryngeal | 07/--/2012 |

12.      Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

13.      The following Causes of Action asserted in the Master Personal Injury Complaintare asserted against the specified defendants in each class of Defendantsenumerated therein, and the allegations with regard thereto are adopted in this ShortForm Complaint by reference.

| Row No. | COUNT | Cause of Action |
|---------|-------|-----------------|
| 1 | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| 2 | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| 3 | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| 4 | IV | NEGLIGENCE – FAILURE TO WARN |
| 5 | IX | BREACH OF EXPRESS WARRANTIES |
| 6 | V | NEGLIGENT PRODUCT DESIGN |
| 7 | VI | NEGLIGENT MANUFACTURING |
| 8 | VII | GENERAL NEGLIGENCE |
| 9 | VIII | NEGLIGENT MISREPRESENTATION |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Row No. | COUNT | Cause of Action |
|---------|-------|-----------------|
| 10 | X | BREACH OF IMPLIED WARRANTIES |
| 11 | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: Mo Rev. Stat. §407.025, et seq. |
| 12 | XII | UNJUST ENRICHMENT |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

## V.  JURY DEMAND

14.     Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

| | |
|---|---|
| Attorney 1 Signature: /s/  Ryan R. Cox | Attorney 1 Signature: |
| Attorney 1 Print: Ryan R. Cox | Attorney 1 Print: |
| Attorney 2 Signature: | Attorney 2 Signature: |
| Attorney 2 Print: | Attorney 2 Print: |
| Firm: Ryan R. Cox & Associates, LLC | Firm: |
| Address1: 320 North Fifth Street | Address1: |
| Address2: | Address2: |
| City: St. Charles | City: |
| State: MO | State: |
| Zip: 63301 | Zip: |
| E-mail: rrc@rrcandassociates.com | E-mail: rrc@rrcandassociates.com |
| Phone: (636) 946-6886 | Phone: |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER